UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXCAP FUNDING, LTD. | * | CIVIL ACTION |
| | * | |
| versus | * | CASE NO. 07-255 |
| | * | |
| ROGER E. THOMAS, MARI-SOL | * | JUDGE RALPH E. TYSON |
| RUBIO RAMOS THOMAS, 1524 | * | |
| APPLEWOOD HOLDINGS, LLC, | * | MAGISTRATE STEPHEN C. |
| MISTLETOE HOLDINGS, LLC, AND | * | RIEDLINGER |
| MISTLETOE 1807, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING Joint Motion to Dismiss with Prejudice filed by plaintiff, TexCap Funding, Ltd., and defendants, Roger E. Thomas, Mari-Sol Rubio Ramos Thomas, 1524 Applewood Holdings, LLC, and Mistletoe Holdings, LLC, and finding good cause therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that the preliminary injunction issued by this Court on July 27, 2007 be, and hereby is, DISSOLVED; it is further

ORDERED, ADJUDGED AND DECREED that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own respective costs, expenses, and attorneys' fees.

Baton Rouge, Louisiana this 31st day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

Carey L. Menasco (Bar # 28131)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099